THOMAS F. MAGNER, Appellant, v. THERESA S. McGOLDRICK, Defendant, and THERESA STRAUKAMP, Respondent.— Order, in so far as it denies plaintiff's motion to strike out separate defense in the amended answer of defendant Theresa Straukamp, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., not voting.

MODERN-SILVER LINEN SUPPLY CO., INC., Respondent, v. HARRY SALZBERG, Defendant, and NAT GINSBERG, Appellant.*— Order vacating order dated June 21, 1927, and reopening the case for the purpose of a rehearing reversed upon the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the testimony does not warrant a retrial of this contempt proceeding in which the appellant was acquitted and his acquittal upheld by this court. The new evidence permits solely of an inference that from the withdrawals and deposits of checks, moneys were paid by appellant to defendant Salzberg, but the further inference that by such payments the injunction order was violated does not necessarily follow; and the case was not sufficiently established to justify the rehearing after appellant's acquittal was sustained by this court. To have justified a rehearing, the proof should have pointed to appellant's guilt to a moral certainty. This, we think, the proof failed to do. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

HAROLD H. MOORE, Respondent, v. JULIUS J. LANG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

WILLIAM C. PACKARD, Appellant, v. WILLIAM S. WILSON, SIDNEY M. CORBETT and ELIZABETH CORBETT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

SAMUEL A. POTTER, Respondent, v. PEREZ F. HUFF CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ISIDOR SACHS, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent.— Order denying plaintiff's motion to vacate order permitting defendant to serve and file answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

SAMMIS & CLARK, INC., Appellant, v. WILLIAM E. HAWKINS, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. It was error to exclude proof of facts which tended to show that it was unlikely that defendant had refused to deal with plaintiff and Kupfer because defendant did not have a survey. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Rich, J., dissents and votes to affirm.